ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant, Albion Engineering Company

By: KERRI E. CHEWNING, ESQUIRE

| | |
|---|---|
| **NEWBORN BROS., INC.**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ALBION ENGINEERING COMPANY,**<br><br>　　　　Defendant. | Civil Action No. 12-2999 (NLH)<br><br>Return Date:  June 20, 2016 |

### DEFENDANT ALBION ENGINEERING COMPANY'S NOTICE OF MOTION TO SEAL EXHIBITS C AND H16 FILED IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE EXPERT REPORT AND EXCLUDE TESTIMONY OF PLAINTIFF'S BRANDING EXPERT, ROBERT WALLACE

**PLEASE TAKE NOTICE** that on June 20, 2016, or as soon thereafter as counsel may be heard, counsel for Defendant, Albion Engineering Company, shall move before this Court for the entry of an Order granting Leave to File Under Seal Exhibits C and H16 filed in support of Defendant's Motion to Strike Expert Report and Exclude Testimony of Plaintiff's Branding Expert, Robert Wallace.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the Certification of Kerri E. Chewning, Esquire.  A proposed form of Order with findings of fact and conclusions of law, and a Certificate of Service are also submitted herewith.

2

        ARCHER &GREINER
        A Professional Corporation
        Attorneys for Defendant,
          Albion Engineering Company


        By:    */s/ Kerri E. Chewning*
               Kerri E. Chewning


*Pro Hac Vice Counsel*

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD
1635 Market Street 11th Floor
Philadelphia, Pennsylvania 19103-2212
(215) 567-2010

MARTIN L. FAIGUS, ESQUIRE
MICHAEL J. BERKOWITZ, ESQUIRE
JAMES J. KOZUCH, ESQUIRE

Dated:  May 24, 2016.

114331150v1