UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden

May 31, 2017
Proceeding Date:

**JUDGE NOEL L. HILLMAN**

Court Reporter: Robert T. Tate

Title of Case:

Civil # 12-2999 (NLH)

NEWBORN BROS. CO., INC.
   v.
ALBION ENGINEERING COMPANY

Appearances:
John P. Madden, John Peterson, Michael Tomenga, Russel Semmel, Esqs. for Plaintiffs Newborn Bros.
Keri Chewning, Martin Faiques, Michael Berkomtz, James Kozuch, Peiru Wey, Esqs. for Defendant Albion.

Nature of Proceedings:   MOTION HEARING/PRETRIAL CONFERENCE

Hearing on Defendant's [216,218,220,222,224,226] MOTIONS in Limine;

Ordered (216) Denied; (218) Deferred; (220) Moot; (222) Decision Reserved; (224) Decisiion Reserved; (226) Denied; Order to be entered

Hearing on Plaintiff's [207, 208,209,210,212] MOTIONS in Limine;

Ordered (207) Denied; (208) Deferred; (209) Denied; (210) Decision Reserved:

(212) Decision Reserved; Order to be entered.

Plaintiff withdraws jury demand on the record

Non-Jury Trial set for **Monday, June 5, 2017 at 9:30 a.m., Courtroom 3A.**

Time Commenced 1:45 p.m.  Time Adjourned 5:30  p.m.
Total Time: 3  hour, 45 Min.

s/Marnie Maccariella
**DEPUTY CLERK**